Jendrasiak against the Lackawanna Bridge Company, impleaded with another. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decision, see 148 N. Y. Supp. 1122.

JEWELL, Respondent, v. LESTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by Judson I. Jewell against Garra K. Lester. No opinion. Judgment affirmed, with costs. Reargument denied in 148 N. Y. Supp. 1123.

JEWELL, Respondent, v. LESTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Judson I. Jewell against Garra K. Lester. No opinion. Motion for reargument denied, with $10 costs. For former decision, see 148 N. Y. Supp. 1123.

JOHN M. HUGHES' SONS CO. v. SMITH et al. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Action by the John M. Hughes' Sons Company against Elbert C. Smith and others. No opinion. Judgment affirmed, with costs.

JOHN REIS CO., Respondent, v. POST, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by the John Reis Company against Mary Elizabeth Post, executrix, etc. No opinion. Motion denied, with $10 costs, without prejudice to an application by plaintiff to this court at a Special Term thereof for leave to amend its complaint upon such terms as may be just. Plaintiff sought no relief by way of motion. The relief now asked for was not included in defendant's notice of motion. See, also, 147 N. Y. Supp. 845.

JOHNSON, Respondent, v. MOSKOWITZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 12, 1914.) Application of Albert H. Johnson, against Henry Moskowitz and others. No opinion. Order affirmed, with $10 costs and disbursements.

JOHNSON, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by Ellsworth J. Johnson against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

JOHNSON, Appellant, v. RICHMOND LIGHT & R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by John Johnson against the Richmond Light & Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

JOHNSON, Respondent, v. RICHMOND LIGHT & R. CO., Appellant. (Supreme Court.

Appellate Division, Second Department. June 5, 1914.) Action by John Johnson, Jr., by his guardian ad litem, against the Richmond Light & Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

JOHNSON COUNTY SAVINGS BANK, Respondent, v. SHEROW, Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by the Johnson County Savings Bank against L. Minor Sherow. No opinion. Judgment of the county court of Westchester county affirmed, with costs.

JOINTA LIME CO. v. GLENS FALLS MATCH CO. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by the Jointa Lime Company against the Glens Falls Match Company. No opinion. Motion to dismiss appeals granted, with $10 costs in each case.

JONES et al., Respondents, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by Herbert E. Jones and others against the Lehigh Valley Railroad Company.

PER CURIAM. Judgment of Special Term and judgment of Buffalo City Court reversed, and a new trial granted in the Buffalo City Court, with costs in all courts to appellant to abide event. New trial to be had on the 10th day of June, 1914, at 10 a. m. Held, that the plaintiff failed to prove that the grape fruit was in good condition when received by defendant for shipment over its railroad, or that the damaged condition of the fruit when received by the consignee at Buffalo was due to any neglect on the part of the defendant.

JONES, Respondent, v. ROME HOLLOW WIRE & TUBE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Griffith Solomon Jones against the Rome Hollow Wire & Tube Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decision, see 147 N. Y. Supp. 1119.

JOYNER, Appellant, v. PULSIFER et al., Respondents. (Supreme Court, Appellate Division, First Department. June 26, 1914.) Action by Edward A. Joyner against Ella L. Pulsifer and others. H. J. Witte, of New York City, for appellant. G. S. Mittendorf, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

JUDSON, Appellant, v. FURLONG, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Mary C. Judson (sometimes known as Mary Mack Judson) against Mary E. Furlong.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to ap-